UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

LUIS CABAN,

             Petitioner,     :    08 Civ. 3827 (WHP)

    -against-          :    ORDER REFERRING CASE
                                     TO MAGISTRATE JUDGE
DAVID ROCK, SUPERINTENDENT,

             Respondent.

------------------------------X

      The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

\_\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositve Motion/Dispute*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

 X  Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_

================================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: May 12, 2008
       New York, New York

                                          UNITED STATES DISTRICT JUDGE
                                          WILLIAM H. PAULEY III

*Copies mailed to:*

Mr. Luis Caban
05-A-0833
Great Meadow Correctional Facility
11789 State Rte. 22
Comstock, NY 12821
*Petitioner Pro Se*

Hon. Andrew J. Peck